# United States District Court
## Violation Notice

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| CC63 | F5376787 | TERRAZAS | 2413 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☒ CFR ☐ USC ☐ State Code |
|---|---|
| 06/15/2024 | 36 CFR 261.17 |

**Place of Offense:** CRYSTAL LAKE DEER FLAT LOOP F

**Offense Description: Factual Basis for Charge** — HAZMAT ☐
OPERATING MOTOR VEHICLE WHERE SUCH USE IS PROHIBITED

### DEFENDANT INFORMATION

**Last Name:** LUNA
**First Name:** ERIK
**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| LZYLUN | CA | | TOY/CAMRY | | BLACK |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 150 Forfeiture Amount
+ $30 Processing Fee

**PAY THIS AMOUNT AT →** www.cvb.uscourts.gov
$ 180 Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

| Court Address | Date (mm/dd/yyyy) |
|---|---|
| | Time |

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

**Defendant Signature:** [signature]

Original - CVB Copy
Previous edition is obsolete
*F5376787*   FS-5300-4 (1/2021)

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **JUNE 15, 20 24** while exercising my duties as a law enforcement officer in the **CENTRAL** District of **CALIFORNIA**

SEE ATTACHED

The foregoing statement is based upon:
☒ my personal observation    ☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **06/15/2024**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.

CVB SCAN 06/28/2024 17:50